

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JESUS GUADALUPE FRANCO, | § | No. 08-18-00040-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D00288) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **April 17, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before April 17, 2019.

IT IS SO ORDERED this 4th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.